IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

OKLAHOMA CITY, OKLAHOMA
DATE: November 12, 2008

| | |
|---|---|
| DAVID BARD, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. CIV-07-422-HE |
| | ) |
| BOARD OF COUNTY | ) |
| COMMISSIONERS OF THE COUNTY | ) |
| OF OKLAHOMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ENTER ORDER:**

The settlement conference was held on November 10, 2008, before Judge Robert Bacharach. The case settled. Valerie Williford appeared as counsel for Plaintiffs, and James Robertson and Sandra Elliott appeared as counsel for Defendants.

This Order entered at the direction of Judge Robert Bacharach.

ROBERT D. DENNIS, CLERK

s/Wm French
Deputy Clerk

cc:    Marcia Davis