## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| DAVID BARD, as father and next Friend of A.B. and D.H.B., minors, and DAVID BARD, as surviving spouse and Father of A.B. and D.H.B., next of kin of SOMAR BAKAR, deceased, | ) ) ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| vs. | ) ) | Case No. CIV-07-422 |
| BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF OKLAHOMA, and JOHN DOE, individually, and JANE DOE, individually, | ) ) ) ) ) |  |
| Defendants. | ) |  |

### JOURNAL ENTRY OF JUDGMENT

NOW on this *30* day of *December*, 200*8*, Plaintiff David Lee Bard,

individually and as father and next friend of A. B. and D. H. B., minors, and as Personal

Representative of the Estate of Somar Bakar, deceased,  and their attorney, Valerie

Williford and Defendants Board of County Commissioners of Oklahoma County, a

political subdivision, by and through its attorneys David W. Prater, District Attorney for

the Seventh Prosecutorial District, James B. Robertson, Assistant District Attorney, and

John Jacobsen, Assistant District Attorney, and after having reached settlement of the

issues at hand, with no liability admitted on  behalf of the Defendants, the Court finds

that the Board of County Commissioners of Oklahoma County authorized a settlement in

the case herein in the total amount of TWENTY Thousand dollars and 00/100

($20,000.00) to be distributed to Plaintiff A.B., minor in the amount of TEN Thousand

Dollars and 00/100 ($10,000.00) and D.H.B., minor in the amount of TEN Thousand Dollars and 00/100 ($10,000.00) with a judgment only against Oklahoma County. Said amount shall be the only judgment against the County of Oklahoma County in connection with the above-styled case. This matter is dismissed with prejudice against any and all employees of Oklahoma County, individually and in their official capacity.

That this Journal Entry of Judgment is a judgment which constitutes all costs, fees, attorney fees, medical expenses of the past, present or future, and any and all expenses incurred, anticipated or expected concerning this matter.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff David Lee Bard, individually and as father and next friend of A. B. and D. H. B., minors, and as Personal Representative of the Estate of Somar Bakar, deceased, recover judgment against the Board of County Commissioners of Oklahoma County, in their official capacity, in the total sum of TWENTY Thousand Dollars and 00/100 ($20,000.00) to be distributed as set forth above. The County of Oklahoma County is to pay such judgment.

IT IS SO ORDERED THIS 30 DAY OF December , 2008 .

_____
UNITED STATES DISTRICT JUDGE

APPROVED BY:

_____
David Lee Bard, individually and as next friend
of A. B. and D. H. B., minors of Somar Bakar, deceased

2

_____
Valerie Williford – OBA #18493
625 NW 13th Street
Oklahoma City, OK  73103
(405) 226-8585
Fax (405) 525-2250
Attorney for Plaintiff


_____        _____
James B. Robertson – OBA #13911         John M. Jacobsen – OBA #11879
Assistant District Attorney             Assistant District Attorney
320 Roberts S. Kerr Ave., Suite 505     320 Roberts S. Kerr Ave., Suite 505
Oklahoma City, OK  73102                Oklahoma City, OK  73102
Attorneys for Defendants                Attorneys for Defendants
Board of County Commissioners of        Board of County Commissioners of
Oklahoma County                         Oklahoma County

3